**Report and Order Terminating Supervised Release
Prior to Original Expiration Date - Notice of Death**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Docket No:** 1:14CR00093-001 |
| | ) | |
| **Andrew Cortez** | ) | |
| | ) | |

On December 14, 2015, the above-named was sentenced for a violation of 18 U.S.C. 922(q) Possession of a Firearm in a School Zone. The Court imposed 60 months in the Bureau of Prisons followed by Supervised Release for 12 months. Supervision was scheduled to commence on May 20, 2023.

On September 20, 2019, this office was notified by Bureau of Prisons that Andrew Cortez was confirmed deceased by officials at Genesis East Hospital in Davenport, Iowa on September 19, 2019 (copy of the notification is on file). It is accordingly recommended this case be closed.

**Re:     Andrew Cortez**
    **Docket No:**    1:14CR00093-001
    **Report and Order Terminating Supervised Release**
    **Prior To Original Expiration Date - Notice of Death**

Respectfully submitted,

*/s/ Adam Tunison*

Adam Tunison
United States Probation Officer

Dated:     November 15, 2019
           Visalia, California

|  | /s/ Lonnie E. Stockton |
|---|---|
| **REVIEWED BY:** | **Lonnie E. Stockton** |
|  | **Supervising United States Probation Officer** |

## ORDER OF COURT

It appearing that Andrew Cortez is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:    **November 16, 2019**            **/s/ Lawrence J. O'Neill**

UNITED STATES CHIEF DISTRICT JUDGE

CC: AUSA – Kimberly A. Sanchez